JS-6/ENTER

FILED
AUG 11 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ARTHUR WILCHER,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Respondent.

Case No. EDCV 09-1241-GAF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 8/10/09

_____
GARY A. FEESS
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY